| PROB 22 (Rev. 9/98) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | EP-11-CR-2724PRM(1) |
| | DOCKET NUMBER (Rec. Court) |
| | **19-cr-509-REB** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | WD/TX | EL PASO |
| Robert A. Trujillo<br>TN: ROBERT ADRIAN TRUJILLOO | NAME OF SENTENCING JUDGE | |
| | Philip R. Martinez, United States District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 06/27/2019 | TO 06/26/2027 |

**OFFENSE**

Possession w/intent to distribute a controlled substance, to-wit: cocaine > 500 grams, 21 U.S.C. § 841

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF  TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ___District of Colorado___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 2, 2019
Date                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 6, 2019
Effective Date                                United States District Judge